In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-154 CR


NO. 09-03-155 CR


NO. 09-03-156 CR


____________________



ISAAC JAMES TRICE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 85235, 85236 and 85237






MEMORANDUM OPINION (1)


 Isaac James Trice was convicted on three indictments for aggravated robbery and
was sentenced in each case to 15 years of confinement in the Texas Department of
Criminal Justice, Institutional Division. Trice filed notice of appeal on March 27, 2003. 
In each case, the trial court entered a certification of the defendant's right to appeal in
which the court certified that this is a plea-bargain case, and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certifications have been
provided to the Court of Appeals by the district clerk.

 On April 1, 2003, we notified the parties that the appeals would be dismissed unless
amended certifications were filed within thirty days of the date of the notices and made part
of the appellate records by May 1, 2003. See Tex. R. App. P. 37.1. The records have not
been supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM


Opinion Delivered May 8, 2003 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.